Certificate Number: 15317-PAM-DE-030855529

Bankruptcy Case Number: 18-01088



15317-PAM-DE-030855529

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on <u>April 10, 2018</u>, at <u>8:58</u> o'clock <u>AM PDT</u>, <u>Maureen C Vazquez</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>April 10, 2018</u>    By: <u>/s/Jonald Gutierrez</u>

Name: <u>Jonald Gutierrez</u>

Title: <u>Counselor</u>