```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-01088-RNO
Maureen C. Vazquez                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: CGambini              Page 1 of 1              Date Rcvd: Aug 22, 2018
                              Form ID: ordsmiss           Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
```
db              +Maureen C. Vazquez,    105 Fawn Lake Drive,    Hawley, PA 18428-4021
5036373         +Naivient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
5036374         +Natl Bond and Collections,    210 Division Street,    Kingston, PA 18704-2715
5036375          PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
5064955         +PNC Bank, N.A.,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5036376          PNC Mortgage,    P.O. Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5062844          EDI: NAVIENTFKASMSERV.COM Aug 22 2018 23:03:00     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
                                                                                             TOTAL: 1
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   PNC BANK, N.A. bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor 1 Maureen C. Vazquez pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Maureen C. Vazquez, | Chapter 13 |
| **Debtor 1** | Case No. 5:18–bk–01088–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: August 22, 2018

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

ordsmiss (05/18)